FILED
CLERK, U.S. DISTRICT COURT

DEC 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PETTIS, | No. CV 08-5582-AG(CW) |
| Petitioner, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent, | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: December 31, 2008

_____
ANDREW J. GUILFORD
United States District Judge